IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| PARALLEL NETWORKS, LLC,<br>v.<br><br>AMAZON.COM, INC., GOOGLE INC., and<br>KAYAK SOFTWARE CORPORATION | NO. 6:09-cv-154-LED<br><br>JURY TRIAL DEMANDED |

## AGREED MOTION FOR DISMISSAL WITHOUT PREJUDICE

Plaintiff/Counterclaim Defendant, Parallel Networks, LLC, and Defendants/Counterclaimants Amazon.com, Inc., Google Inc. and Kayak Software Corporation, respectfully submit the following:

In view of the withdrawal of Plaintiff's counsel, the Court has stayed all current deadlines for 45 days and ordered the parties to submit an agreed Amended Docket Control Order (Dkt No. 46).

Pursuant to Fed. R. Civ. P. 41(a)(2) and (c), Plaintiff and Defendants hereby move for an order dismissing all claims and counterclaims in this action WITHOUT PREJUDICE, with each party to bear its own costs, expenses and attorneys fees.

The Parties stipulate that each Party (including any former and current attorneys) will, within five (5) business days of an order granting this motion, return and/or provide written certification of destruction of all documents (including any copies) bearing any confidentiality designation received from another Party during the course of the present litigation. Plaintiff agrees to notify all of its prior counsel of the Parties' agreement in this regard. Nothing herein shall require the destruction of a Party's own documents.

Defendants further stipulate that neither they nor any affiliates under their control will, during the next 120 days, file any declaratory judgment actions against Plaintiff involving U.S.

Patent No. 6,446,111 (the "'111 patent"), although nothing shall restrict Defendants from declaratory judgment counterclaims should Plaintiff file another suit involving the '111 patent. The Parties further stipulate that, as Plaintiff is dismissing the present action, no Defendant shall be required to maintain any litigation-related holds or undertake any document preservation efforts in anticipation of further litigation respecting the '111 patent beyond one hundred eighty (180) days following dismissal (if granted) under the present motion.

| | |
|---|---|
| February 2, 2010<br>**AMAZON.COM, INC.**<br>**GOOGLE INC.**<br>**KAYAK SOFTWARE CORPORATION**<br><br>By their attorneys,<br><br>*s/ Ruffin B. Cordell*<br>─────────────────────────<br>Ruffin B. Cordell (cordell@fr.com)<br>Texas Bar No. 04820550<br>Indranil Mukerji (mukerji@fr.com)<br>(*Admitted pro hac vice*)<br>FISH & RICHARDSON PC<br>1425 K Street NW, Suite 1100<br>Washington D.C. 20005<br>Telephone:    (202) 783-5070<br>Facsimile:    (202) 783-2331<br><br>Neil J. McNabnay (mcnabnay@fr.com)<br>Texas Bar No. 24002583<br>FISH & RICHARDSON PC<br>1717 Main Street, Suite 5000<br>Dallas, TX 75201<br>Telephone:    (214) 747-5070<br>Facsimile:    (214) 747-2091<br><br>Stephen A. Marshall (smarshall@fr.com)<br>(*Admitted pro hac vice*)<br>FISH & RICHARDSON PC<br>225 Franklin Street<br>Boston, MA 02110-2804<br>Telephone:    (617) 542-5070<br>Facsimile:    (617) 542-8906 | Respectfully submitted,<br><br>*s/ Andrew W. Spangler (by permission)*<br>─────────────────────────<br>Andrew W. Spangler<br>State Bar No. 24041960<br>Spangler Law P.C.<br>208 N. Green Street, Suite 300<br>Longview, Texas 75601<br>(903) 753-9300<br>(903) 553-0403 (fax)<br>spangler@spanglerlawpc.com<br><br>COUNSEL FOR PLAINTIFF<br>PARALLEL NETWORKS LLC |

## CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Plaintiff and Defendants have conferred by phone in accordance with Local Rule CV-7, and that this Motion is unopposed.

February 2, 2010                             *s/ Andrew W. Spangler (by permission)*

                                              Andrew W. Spangler

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

February 2, 2010                             *s/ Jill Callaghan*

                                              Jill Callaghan